JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FERNANDO COVARRUBIAS, | Case No. EDCV 20-1456-MCS (JPR) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| CUSTODY SPECIALIST TRUJILLO et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Action for Failure to Prosecute and Failure to State a Claim, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: December 8, 2020

MARK C. SCARSI
U.S. DISTRICT JUDGE